United States District Court
Southern District of Texas
**ENTERED**
February 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RACHEL LUNA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-04123 |
| § | |
| PENNYMAC LOAN SERVICES, LLC, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On January 26, 2023, the Court dismissed this case without prejudice for failure to prosecute. Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 8, 2023.

Keith P. Ellison
United States District Judge